# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| CLAUDIA ROMAN, | ) CASE NO.: 1:19-cv-1187 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DIVERSE STAFFING SERVICES, INC., DIVERSE STAFFING, INC., ANTHEM INSURANCE COMPANIES, INC., and ANTHEM, INC., | ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, Anthem Insurance Companies, Inc., and Anthem, Inc. (jointly referred to as "Anthem"), by counsel, hereby remove this action from Marion Superior Court of Marion County, Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division, on the following grounds:

1. Plaintiff Claudia Roman filed her Complaint against Anthem on February 15, 2019, in the Marion Superior Court under Cause No. 49D02-1902-CT-006465.

2. The Complaint and Summons were served on Anthem via certified mail on February 25, 2019. Anthem has timely removed this case under 28 U.S.C. § 1446(b)(1) because it has filed this Notice of Removal within thirty (30) days of receiving the Complaint.

3. Plaintiff's Complaint is one over which the Court has original jurisdiction under 28 U.S.C. § 1331, in that it arises under the law of the United States, and may be removed to this Court under 28 U.S.C. § 1441.

4. This action is removed to this Court pursuant to 28 U.S.C. § 1331, as Plaintiff seeks damages from Anthem relating to a health insurance plan that is governed by the Employee Retirement Income Security Act of 1974 ("ERISA").

5. Plaintiff is claiming damages from Anthem arising from allegations that Anthem failed to reimburse Plaintiff for medical expenses incurred by her under a health insurance policy. (Complaint ¶¶ 7, 20, 35, 38–39.) The health insurance policy is an employee welfare benefit policy, created pursuant to ERISA, 29 U.S.C. §§ 1001–1461. Plaintiff is making a claim for benefits against the ERISA-based insurance policy, and, thus, federal law creates Plaintiff's cause of action, or Plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law. *See* 29 U.S.C. § 1132.

6. ERISA preempts the state law claims and remedies alleged in the Complaint and provides exclusive remedies for the resolution of claims by employee benefit plan participants and beneficiaries. 29 U.S.C. § 1132(a); *see also Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41, 47–48 (1987).

7. A cause of action filed in state court that is preempted by ERISA and comes within the scope of 29 U.S.C. § 1132(a)—such as this one—is removable to federal court under 28 U.S.C. § 1441 even when the ERISA-related nature of the action does not appear on the face of the Complaint. *See Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58, 63–67 (1987). This is a long-standing exception to the well-pleaded Complaint rule. *See id.*

8. This action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that Plaintiff's claims arise under an ERISA-governed benefit plan, and Plaintiff's claims come within the scope of ERISA. *See* 29 U.S.C. § 1132(a). Accordingly, this case may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

9. Venue is proper in this Court under 28 U.S.C. § 94(b)(1) and § 1441 because this case was filed in the Marion Superior Court in Marion County, Indiana.

10. Upon information and belief, the other two Defendants, Diverse Staffing Services, Inc., and Diverse Staffing, Inc., have been served but have not yet appeared.

11.     On March 23, 2019, the undersigned obtained Diverse Staffing Services, Inc.'s and Diverse Staffing, Inc.'s consent to this removal.

12.     After filing this Notice of Removal, Anthem will promptly serve written notice of this Notice of Removal on Plaintiff and file the notice with the Clerk of the Marion Superior Court of Marion County, Indiana, in accordance with 28 U.S.C. § 1446(d).

13.     A Civil Cover Sheet and an authentic copy of the State Court Record are attached to this Notice of Removal.

14.     By removing this case from the Marion Superior Court, Anthem does not waive any defenses available to it.

15.     By removing this case from the Marion Superior Court, Anthem does not admit any of the allegations in the Complaint.

WHEREFORE, Defendants Anthem Insurance Companies, Inc., and Anthem, Inc., respectfully request that the entire state court action, filed under Case No. 49D02-1902-CT-006465, now pending in the Marion Superior Court of Marion County, Indiana, be removed to this Court for all further proceedings.

FROST BROWN TODD LLC

By: */s/Kandi Kilkelly Hidde*
    Kandi Kilkelly Hidde#18033-49
    Carly J. Tebelman, # 34796-49
    Jenai M. Brackett, #30025-49
    201 N. Illinois St., Suite 1900
    P.O. Box 44961
    Indianapolis, IN  46244-0961
    317-237-3800
    Fax: 317-237-3900
    khidde@fbtlaw.com
    ctebelman@fbtlaw.com
    jbrackett@fbtlaw.com
    Attorneys for Anthem Insurance Companies, Inc. and Anthem, Inc.

## **CERTIFICATE OF SERVICE**

Service of the foregoing was made by via electronic mail and by placing a copy of the same into the United States Mail, first class postage prepaid, March 25, 2019, addressed to:

Christopher D. Wyant
Wyant Law Office, LLC
608 East Market Street
Indianapolis, IN 46202
chris@wyantlawoffice.com

I hereby certify that on the 25 day of March, 2019, a copy of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, addressed to:

| | |
|---|---|
| Diverse Staffing, Inc. | Diverse Staffing Services, Inc. |
| c/o George D. Apgar, Registered Agent | c/o Clyde Harris, Registered Agent |
| 6325 Digital Way, Suite 100 | 6325 Digital Way, Suite 100 |
| Indianapolis, IN 46278 | Indianapolis, IN 46278 |

*/s/ Kandi Kilkelly Hidde*
Kandi Kilkelly Hidde

0131135.0717907   4811-4084-2379v3