| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: |

| | |
|---|---|
| CLAUDIA ROMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DIVERSE STAFFING SERVICES, INC. | ) |
| DIVERSE STAFFING, INC., | ) |
| ANTHEM INSURANCE COMPANIES, | ) |
| INC., and ANTHEM, INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

Comes now Plaintiff, Claudia Roman, by counsel, and for her Complaint for Damages against the Defendants, Diverse Staffing Services, Inc., Diverse Staffing, Inc., Anthem Insurance Companies, Inc., and Anthem, Inc., alleges and states as follows:

1.   That at all times relevant herein Defendant, Diverse Staffing Services, Inc., was a domestic for-profit corporation with a principal address of 6325 Digital Way, Suite 100, Indianapolis, Indiana 46278.

2.   That at all times relevant herein, Defendant, Diverse Staffing, Inc., was a domestic for-profit corporation with a principal address of 6325 Digital Way, Suite 100, Indianapolis, Indiana 46278.

3.   That at all times relevant herein, Defendant, Anthem Insurance Companies, Inc., was a domestic insurance corporation with principal offices at 120 Monument Circle, Indianapolis, Indiana 46204.

4.   That at all times relevant herein, Defendant, Anthem, Inc., was a domestic for-

1

profit corporation with principal offices at 220 Virginia Avenue, Indianapolis, Indiana 46204.

5.     That at all times relevant herein, Plaintiff, Claudia Roman, was an employee of Defendants, Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc.

6.     Plaintiff, Claudia Roman, started her employment with Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc., on or about March of 2016.

7.     In June of 2016, Claudia Roman was offered and accepted health benefits through her employment with Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc., which included medical insurance provided by Anthem Insurance Companies, Inc., and Anthem, Inc.

8.     In August of 2016, Claudia Roman was notified by Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc. that there was an open enrollment period available to renew health benefits, including medical insurance benefits with Anthem Insurance Companies, Inc., and Anthem, Inc.

9.     Upon information and belief, the open enrollment period ended on August 31, 2016.

10.    On September 2, 2016, Cynthia Cox, Director of Human Resources & Operations at Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc., sent an email to Claudia Roman asking if she wished to stay enrolled in the Anthem HSA plan and vision.

11.    On September 2, 2016, Claudia Roman replied to Cynthia Cox via email saying she wanted to go ahead and cancel her Anthem HSA plan and vision.

2

12.     On September 13, 2016, Claudia Roman sent Cynthia Cox an email asking if she could get her medical benefits back.

13.     On September 14, 2016, Cynthia Cox replied to Claudia Roman saying that the ability to enroll in the insurance plans is tied to open enrollment.   She said the next enrollment was effective September 1, 2016.

14.     Claudia Roman replied that she would go ahead and wait until September 1, 2016 to enroll again.

15.     Later on September 14, 2016, Cynthia Cox sent an email to Claudia Roman and asked whether Claudia wished to continue her dental coverage because she did not respond during open enrollment.

16.     On September 15, 2016, Claudia Roman emailed Cynthia Cox to say she wished to continue with her dental insurance.

17.     Later on September 15, 2016, Cynthia Cox emailed Claudia Roman to say she may be able to continue what Claudia has.   Cox said that Anthem was continuing Claudia's vision coverage.   Cynthia stated she would check on the other coverage when she got an invoice.

18.     After the open enrollment period ended in 2016, Claudia Roman received a new health insurance card from Anthem, Inc., and/or Anthem Insurance Companies, Inc. indicating her health coverage was continuing.

19.     Thereafter, Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc., continued to collect health insurance premiums from Claudia Roman via deducting the premiums from each of Claudia Roman's paychecks.

3

20.    It was Claudia Roman's belief that she had renewed and retained her health insurance benefits through Anthem, Inc. and/or Anthem Insurance Companies, Inc.

21.    Upon information and belief, after August 31, 2016, Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc. failed to pay the health insurance premiums to Anthem, Inc., and/or Anthem Insurance Companies, Inc. on behalf of Claudia Roman.

22.    In October of 2016, Claudia Roman received medical care at Eskenazi Hospital in Indianapolis, Indiana.

23.    Those medical bills were submitted to Anthem, Inc., and/or Anthem Insurance Companies, Inc., and were processed and paid by Anthem, Inc., and/or Anthem Insurance Companies, Inc.

24.    Claudia Roman was never given any notice from Anthem, Inc., and/or Anthem Insurance Companies, Inc., that her health benefits were being suspended or terminated nor that they would be suspended or terminated in the future for any reason.

25.    In November of 2016, Claudia Roman again got medical treatment at Eskenazi Hospital.

26.    Those bills were submitted to Anthem, Inc., and/or Anthem Insurance Companies, Inc. for payment.

27.    Some time later, Claudia Roman learned that Anthem, Inc., and/or Anthem Insurance Companies, Inc., denied payment of those bills indicating that Roman

4

did not have health insurance coverage at the time the medical treatment was
rendered.

28.     Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc., continued to deduct
        Claudia Roman's health insurance premiums from her paycheck until the end of
        February of 2017.

29.     At the end of March of 2017, Diverse Staffing Services, Inc., and/or Diverse
        Staffing, Inc., refunded to Claudia Roman, health insurance premiums it had
        deducted from her paycheck since September 1, 2016 to the end of February
        2017.

30.     After Diverse Staffing Services, Inc. and/or Diverse Staffing, Inc. refunded to
        Claudia Roman the health insurance premiums it was deducting and collecting
        from her paycheck did Roman have any idea that she did not have health
        insurance coverage.

31.     At that time, Claudia Roman still did not know that her health insurance coverage
        with Anthem, Inc., and/or Anthem Insurance Companies, Inc., had been
        terminated or that it was never renewed on September 1, 2016 or anytime
        thereafter.

32.     In April of 2017, after Roman learned that the medical bills for her treatment at
        Eskenazi Hospital in November of 2016 had been denied by Anthem, Inc., and/or
        Anthem Insurance Companies, Inc., she inquired of her employer, Diverse
        Staffing Services, Inc., and/or Diverse Staffing, Inc., as to why her medical bills
        were denied for coverage.

5

33.     She was then told by Diverse that her health coverage had not been renewed during the open enrollment period in 2016 or anytime thereafter.

34.     According to the Form 1095-B provided to Claudia Roman in 2017, she had health coverage through Anthem, Inc., and/or Anthem Insurance Companies, Inc., in June, July, August, September, and October of 2016.

35.     During the time Claudia Roman had health insurance coverage with Anthem, Inc. and/or Anthem Insurance Companies, Inc., Roman and Anthem, Inc. and/or Anthem Insurance Companies, Inc. had an insured-insurer relationship.

36.     During the time Claudia Roman was employed with Diverse Staffing Services, Inc. and/or Diverse Staffing, Inc., Roman and Diverse had an employee-employer relationship.

37.     Upon information and belief, after August 31, 2016, Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc. deducted health insurance premiums from Claudia Roman's paycheck but failed to procure, purchase, secure, and/or maintain health insurance for Claudia Roman through Anthem, Inc., and/or Anthem Insurance Companies, Inc.

38.     Claudia Roman relied upon the representations made by Diverse Staffing Services, Inc., Diverse Staffing, Inc., Anthem, Inc., and Anthem Insurance Companies, Inc. that she had health insurance coverage at the time her medical care was rendered at Eskenazi Hospital in November of 2016 and thereafter until her discovery in April of 2017 that she did not have health insurance.

39.     All of the medical care rendered to Claudia Roman after her health insurance

6

benefits were terminated is now due and owing personally to Claudia Roman, causing damage to Claudia Roman.

40. The wrongful acts of Defendants, Diverse Staffing Services, Inc., Diverse Staffing, Inc., Anthem, Inc., and Anthem Insurance Services, Inc. are further outlined below.

## COUNT I- BREACH OF CONTRACT AGAINST DIVERSE STAFFING SERVICES, INC. and DIVERSE STAFFING, INC.

41. Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs 1 through 40 as if fully set forth herein.

42. Roman and Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc., entered into a contract wherein Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc., would purchase, secure, and/or maintain health insurance coverage through Anthem, Inc. and/or Anthem Insurance Companies, Inc.   Roman is not in possession of the contract for purposes of complying with Trial Rule 9.2.

43. Diverse Staffing Services, Inc., and/or Diverse Staffing, Inc., breached the contract it had with Claudia Roman.

44. As a result of the breach of contract, Claudia Roman has been damaged.

## COUNT II- BREACH OF CONTRACT AGAINST ANTHEM, INC. and ANTHEM INSURANCE COMPANIES, INC.

45. Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs 1 through 44 as if fully set forth herein.

46. Roman had a contract with Anthem, Inc., and/or Anthem Insurance Companies, Inc. to provide health insurance benefits to Roman.   Roman is not in possession

of the contract for purposes of complying with Trial Rule 9.2.

47.     Anthem, Inc., and/or Anthem Insurance Companies, Inc., breached the contract it
        had with Claudia Roman.

48.     As a result of the breach of contract, Claudia Roman has been damaged.

## COUNT III- NEGLIGENCE AGAINST DIVERSE STAFFING SERVICES, INC., and DIVERSE STAFFING, INC.

49.     Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs
        1 through 48 as if fully set forth herein.

50.     Diverse Staffing Services, Inc., and Diverse Staffing, Inc., had a duty to Claudia
        Roman to procure and maintain health insurance coverage for Roman.

51.     Diverse Staffing Services, Inc., and Diverse Staffing, Inc., breached that duty
        when it, among other things, deducted health insurance premiums from Roman's
        paycheck but failed to pay Roman's health insurance premiums.

52.     Diverse Staffing Services, Inc., and Diverse Staffing, Inc.'s negligence was the
        direct and proximate result of damages to Claudia Roman.

## COUNT IV- BREACH OF FIDUCIARY DUTY AGAINST DIVERSE STAFFING SERVICES, INC., and DIVERSE STAFFING, INC.

53.     Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs
        1 through 52 as if fully set forth herein.

54.     Claudia Roman and Diverse Staffing Services, Inc., and Diverse Staffing, Inc.,
        had a fiduciary relationship by virtue of Roman's employment relationship with
        Diverse Staffing Services, Inc., and Diverse Staffing, Inc. and owed her a
        fiduciary duty.

55.     Diverse Staffing Services, Inc., and Diverse Staffing, Inc., breached the fiduciary duty owed to Claudia Roman.

56.     As a direct and proximate result of Diverse Staffing Services, Inc., and Diverse Staffing, Inc.'s breach of its fiduciary duty to Claudia Roman, Claudia Roman has been harmed and suffered damages.

## COUNT V- BREACH OF FIDUCIARY DUTY AGAINST ANTHEM, INC. and ANTHEM INSURANCE COMPANIES, INC.

57.     Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs 1 through 56 as if fully set forth herein.

58.     Claudia Roman and Anthem, Inc., and Anthem Insurance Companies, Inc. had a fiduciary relationship as insured and insurer and Anthem, Inc., and Anthem Insurance Companies, Inc. owed her a fiduciary duty.

59.     Anthem, Inc., and Anthem Insurance Companies, Inc. breached the fiduciary duty owed to Claudia Roman.

60.     As a direct and proximate result of Anthem Inc.'s and Anthem Insurance Companies, Inc.'s breach of its fiduciary duty to Claudia Roman, Claudia Roman has been harmed and suffered damages.

## COUNT VI- NEGLIGENT MISREPRESENTATION AGAINST DIVERSE STAFFING SERVICES, INC., and DIVERSE STAFFING, INC.

61.     Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs 1 through 60 as if fully set forth herein.

62.     Diverse Staffing Services, Inc., and Diverse Staffing, Inc., in the course of their business, profession, or employment, supplied false information for the guidance

9

of others in their business transactions.

63.    Diverse Staffing Services, Inc., and Diverse Staffing, Inc., failed to exercise

reasonable care or competence in obtaining or communicating the information.

64.    Roman justifiably relied upon the information supplied by Diverse Staffing

Services, Inc., and Diverse Staffing, Inc.

65.    Roman suffered damages and pecuniary loss as a result.

## COUNT VII- NEGLIGENT MISREPRESENTATION AGAINST ANTHEM, INC., and ANTHEM INSURANCE COMPANIES, INC.

66.    Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs

1 through 65 as if fully set forth herein.

67.    Anthem, Inc., and Anthem Insurance Companies, Inc., in the course of their

business, profession, or employment, supplied false information for the guidance

of others in their business transactions.

68.    Anthem, Inc., and Anthem Insurance Companies, Inc., failed to exercise

reasonable care or competence in obtaining or communicating the information.

69.    Roman justifiably relied upon the information supplied by Anthem, Inc., and

Anthem Insurance Companies, Inc.

70.    Roman suffered damages and pecuniary loss as a result.

## COUNT VIII- UNJUST ENRICHMENT AGAINST DIVERSE STAFFING SERVICES, INC., and DIVERSE STAFFING, INC.

71.    Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs

1 through 70 as if fully set forth herein.

72.    Roman rendered a measureable benefit to Diverse Staffing Services, Inc., and

Diverse Staffing, Inc. at their express or implied request.

73.    Roman expected to receive payment and/or the benefits promised by Diverse Staffing Services, Inc., and Diverse Staffing, Inc.

74.    Allowing Diverse Staffing Services, Inc. and Diverse Staffing, Inc. to retain the benefits and/or fail to provide the expected benefits without restitution would be unjust.

75.    Roman was damaged by the unjust enrichment.

## COUNT IX- UNJUST ENRICHMENT AGAINST ANTHEM, INC., and ANTHEM INSURANCE SERVICES, INC.

76.    Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs 1 through 75 as if fully set forth herein.

77.    Roman rendered a measureable benefit to Anthem, Inc. and Anthem Insurance Services, Inc. at their express or implied request.

78.    Roman expected to receive payment and/or the benefits promised by Anthem, Inc., and Anthem Insurance Services, Inc.

79.    Allowing Anthem, Inc., and Anthem Insurance Services, Inc. to retain the benefits and/or fail to provide the expected benefits without restitution would be unjust.

80.    Roman was damaged by the unjust enrichment.

## COUNT X- FRAUD AGAINST DIVERSE STAFFING SERVICES, INC. and DIVERSE STAFFING, INC.

81.    Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs 1 through 80 as if fully set forth herein.

82.    Diverse Staffing Services, Inc., and Diverse Staffing, Inc. made material

11

misrepresentations of past or existing fact which, include, but are not limited to, indicating to Claudia Roman that she had health insurance benefits through Anthem, Inc. and/or Anthem Insurance Companies, Inc.

83.    The material misrepresentation of past or existing facts were untrue.

84.    The material misrepresentation of past or existing facts were made with knowledge of or in reckless ignorance of its falsity.

85.    The material misrepresentation of past or existing facts were made with the intent to deceive.

86.    The material misrepresentation of past or existing facts were rightfully relied upon by Claudia Roman.

87.    The material misrepresentation of past or existing facts proximately caused damages to Claudia Roman.

88.    Under Indiana Code § 34-24-3-1, Roman is entitled to treble damages, the costs of this action, expenses, and reasonable attorney's fees.

## COUNT XI- FRAUD AGAINST ANTHEM, INC. and ANTHEM INSURANCE COMPANIES, INC.

89.    Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs 1 through 88 as if fully set forth herein.

90.    Anthem, Inc and Anthem Insurance Companies, Inc. made material misrepresentations of past or existing fact which, include, but are not limited to, indicating to Claudia Roman that she had health insurance benefits through Anthem, Inc. and/or Anthem Insurance Services, Inc. and failing to notify Claudia Roman that her health insurance benefits were being terminated or would be

terminated.

91.     The material misrepresentation of past or existing facts were untrue.

92.     The material misrepresentation of past or existing facts were made with

        knowledge of or in reckless ignorance of its falsity.

93.     The material misrepresentation of past or existing facts were made with the intent

        to deceive.

94.     The material misrepresentation of past or existing facts were rightfully relied

        upon by Claudia Roman.

95.     The material misrepresentation of past or existing facts proximately caused

        damages to Claudia Roman.

96.     Under Indiana Code § 34-24-3-1, Roman is entitled to treble damages, the costs

        of this action, expenses, and reasonable attorney's fees.

## COUNT XII- CONSTRUCTIVE FRAUD AGAINST DIVERSE STAFFING SERVICES, INC. and DIVERSE STAFFING, INC.

97.     Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs

        1 through 96 as if fully set forth herein.

98.     Diverse Staffing Services, Inc., and Diverse Staffing, Inc. owed a duty to Claudia

        Roman due to their employee-employer relationship

99.     Diverse Staffing Services, Inc., and Diverse Staffing, Inc., violated that duty by

        making deceptive material misrepresentations of past or existing facts or

        remaining silent when a duty to speak existed, by among other things: (1)

        indicating to Claudia Roman that she had health insurance benefits through

        Anthem, Inc. and/or Anthem Insurance Companies, Inc., and (2) failing to notify

13

Roman that her health insurance benefits with Anthem, Inc. and Anthem

Insurance Companies, Inc. were not renewed, were terminated, had lapsed, or

were not continuing.

100.   The material misrepresentation of past or existing facts were rightfully relied

upon by Claudia Roman.

101.   The material misrepresentation of past or existing facts proximately caused

damages to Claudia Roman.

102.   Diverse Staffing Services, Inc. and Diverse Staffing, Inc. gained an advantage at

the expense of Claudia Roman by virtue of its constructive fraud.

103.   Under Indiana Code § 34-24-3-1, Roman is entitled to treble damages, the costs

of this action, expenses, and reasonable attorney's fees.

## COUNT XIII- CONSTRUCTIVE FRAUD AGAINST ANTHEM, INC. and ANTHEM INSURANCE COMPANIES, INC.

104.   Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs

1 through 103 as if fully set forth herein.

105.   Anthem, Inc. and Anthem Insurance Companies, Inc. owed a duty to Claudia

Roman due to their insured-insurer relationship.

106.   Anthem, Inc. and Anthem Insurance Companies, Inc. violated that duty by

making deceptive material misrepresentations of past or existing facts or

remaining silent when a duty to speak existed, by among other things: (1)

indicating to Claudia Roman that she had health insurance benefits through

Anthem, Inc. and/or Anthem Insurance Services, Inc. and (2) failing to notify

Claudia Roman that her health insurance benefits were being terminated or would

14

be terminated.

107.  The material misrepresentation of past or existing facts were rightfully relied

upon by Claudia Roman.

108.  The material misrepresentation of past or existing facts proximately caused

damages to Claudia Roman.

109.  Anthem, Inc. and Anthem Insurance Companies, Inc. gained an advantage at the

expense of Claudia Roman by virtue of its constructive fraud.

110.  Under Indiana Code § 34-24-3-1, Roman is entitled to treble damages, the costs

of this action, expenses, and reasonable attorney's fees.

## COUNT XIV- BAD FAITH AGAINST ANTHEM, INC. and ANTHEM INSURANCE COMPANIES, INC.

111.  Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs

1 through 110 as if fully set forth herein.

112.  Anthem, Inc. and Anthem Insurance Companies, Inc. owed Claudia Roman a duty

of good faith and fair dealing.

113.  In refusing to pay policy proceeds on medical expenses incurred by Claudia

Roman after October of 2016, Anthem, Inc. and/or Anthem Insurance Companies,

Inc. made an unfounded refusal, caused an unfounded delay in making payment,

deceived Claudia Roman, and exercised an unfair advantage against Claudia

Roman.

114.  As a direct and proximate result of Anthem, Inc. and Anthem Insurance

Companies, Inc's bad faith, Claudia Roman has been damaged.

115.  Under Indiana Code § 34-24-3-1, Roman is entitled to treble damages, the costs

of this action, expenses, and reasonable attorney's fees.

## COUNT XV- CONVERSION AGAINST DIVERSE STAFFING SERVICES, INC. and DIVERSE STAFFING, INC.

116.   Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs 1 through 115 as if fully set forth herein.

117.   By deducting and withdrawing funds from Claudia Roman's paycheck and failing to use those funds to procure, obtain, and maintain health insurance coverage for Roman, Diverse Staffing Services, Inc. and/or Diverse Staffing, Inc. authorized control over Roman's property that was unauthorized and Diverse was aware that the control was unauthorized.

118.   As a result of Diverse's unauthorized control over Roman's funds, Roman was damaged.

119.   Under Indiana Code § 34-24-3-1, Roman is entitled to treble damages, the costs of this action, expenses, and reasonable attorney's fees.

## COUNT XVI- NEGLIGENCE AGAINST ANTHEM, INC. and ANTHEM INSURANCE COMPANIES, INC.

120.   Plaintiff, Claudia Roman, incorporates by reference the allegations of Paragraphs 1 through 119 as if fully set forth herein.

121.   Anthem, Inc. and Anthem Insurance Companies, Inc. had a duty to Claudia Roman to procure and maintain health insurance coverage for Roman and to notify her of any cancellation or termination of her policy or coverage.

122.   Anthem, Inc. and Anthem Insurance Companies, Inc. breached that duty when it, among other things, failed to procure and maintain health insurance coverage for

16

Roman and cancelled or terminated Roman's health insurance coverage without notice.

123.    Anthem, Inc. and Anthem Insurance Companies, Inc.'s negligence was the direct and proximate result of damages to Claudia Roman.

WHEREFORE, the Plaintiff, Claudia Roman, by counsel, respectfully prays this Court to enter judgment for Plaintiff and against the Defendants, Diverse Staffing Services, Inc., Diverse Staffing, Inc., Anthem, Inc., and Anthem Insurance Companies, Inc., in an amount which will fairly and adequately compensate her for her injuries and damages and for all damages allowable under the law, including treble damages, expenses, costs, and reasonable attorney's fees, and for all other relief just and proper in the premises.

Respectfully submitted,

/s/ Christopher D. Wyant
Christopher D. Wyant
Attorney for Plaintiff, Claudia Roman
Wyant Law Office, LLC
608 East Market Street
Indianapolis, IN 46202
317-631-6866 ph
317-685-2329 fax
chris@wyantlawoffice.com

17

## **<u>REQUEST FOR JURY TRIAL</u>**

Comes now Plaintiff, by counsel, and respectfully request the Court to set this matter for

a trial by jury on all claims of Plaintiff.

Respectfully submitted,

<u>/s/ Christopher D. Wyant</u>
Christopher D. Wyant (25886-29)