# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| CLAUDIA ROMAN, | ) CASE NO.1:19-cv-1187-RLY-MJD |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DIVERSE STAFFING SERVICES, INC., DIVERSE STAFFING, INC., ANTHEM INSURANCE COMPANIES, INC., and ANTHEM, INC., | ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Claudia Roman and Defendants Anthem Insurance Companies, Inc. and Anthem, Inc., by their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of the above-captioned cause of action, with prejudice, costs paid by the respective parties.

WYANT LAW OFFICE, LLC                FROST BROWN TODD LLC

By:  */s/ Christopher D. Wyant*           By:  */s/ Kandi Kilkelly Hidde*
     Christopher D. Wyant #25886-29           Kandi Kilkelly Hidde#18033-49
     608 East Market Street                   Jenai M. Brackett, #30025-49
     Indianapolis, IN 46202                   Carly J. Tebelman, # 34796-49
     317-631-6866                             201 N. Illinois St., Suite 1900
     317-685-2329 fax                         P.O. Box 44961
     chris@wyantlawoffice.com                 Indianapolis, IN  46244-0961
                                              317-237-3800
     Attorney for Plaintiff                   Fax: 317-237-3900
                                              khidde@fbtlaw.com
                                              jbrackett@fbtlaw.com
                                              ctebelman@fbtlaw.com
                                              Attorneys for Anthem Insurance Companies, Inc. and Anthem, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of August, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher D. Wyant
Wyant Law Office, LLC
608 East Market Street
Indianapolis, IN 46202
chris@wyantlawoffice.com

                                      */s/ Kandi Kilkelly Hidde*
                                      Kandi Kilkelly Hidde

0131135.0717907   4837-7941-9551v1