UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CLAUDIA ROMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIVERSE STAFFING SERVICES, INC., )<br>DIVERSE STAFFING, INC., )<br>ANTHEM INSURANCE COMPANIES, )<br>INC., )<br>ANTHEM, INC., )<br>)<br>Defendants. ) | No. 1:19-cv-01187-RLY-MJD |

### ORDER OF DISMISSAL

This cause came before the court upon the parties' Stipulation of Dismissal and the court having considered said stipulation and being duly advised in the premises, same is now GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** That this cause be dismissed with prejudice, each party shall bear its own costs, including attorneys' fees.

**SO ORDERED** this 28th day of August 2019.

                                                                                    _____
                                                                                    RICHARD L. YOUNG, JUDGE
                                                                                    United States District Court
                                                                                    Southern District of Indiana

Distributed Electronically to Registered Counsel of Record